78 P.3d 369

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Poouahi v. Chandler | 25171 | 10/07/2003 | Reversed |
| State v. Camara | 24675 | 10/14/2003 | Vacated and remanded |
| State v. Wilderman | 24705, 24707 | 10/29/2003 | Affirmed |
| State v. Coleman | 24662 | 10/29/2003 | Affirmed |
| Sage v. Fouzailov | 24369 | 10/30/2003 | Affirmed |